# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | |
|---|---|
| CRISTOBAL CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>JBT PROPERTY MANAGEMENT, INC.<br>*et al.*,<br><br>Defendants. | ) 1: 13-cv-00412-LJO-BAM<br>)<br>)<br>)<br>) ORDER GRANTING APPLICATION<br>) TO PROCEED IN FORMA PAUPERIS<br>)<br>)<br>)<br>)<br>) |

On March 19, 2013, plaintiff Cristobal Castillo ("Plaintiff") filed a motion to proceed in forma pauperis.  (Doc. 3.)  Having reviewed the in forma pauperis application, this Court GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:**   **March 25, 2013**                    **/s/ Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE