# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO, CALIFORNIA

| | |
|---|---|
| CRISTOBAL CASTILLO, | ) 1: 13-cv-00412-LJO-BAM |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| JBT PROPERTY MANAGEMENT, INC. | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

On March 19, 2013, plaintiff Cristobal Castillo ("Plaintiff") filed a motion to proceed in forma pauperis.  (Doc. 3.)  Having reviewed the in forma pauperis application, this Court GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:**   **March 25, 2013**          ___**/s/ Barbara A. McAuliffe**___
                                        UNITED STATES MAGISTRATE JUDGE