Robert D. Rodriguez SBN: 242396
**LAW OFFICE OF ROBERT D. RODRIGUEZ**
429 13th Street
Modesto, California 95354
(209) 596-4263 (telephone)
(800) 567-9316 (fax)

Attorney for Plaintiff,
CRISTOBAL CASTILLO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL CASTILLO,<br><br>      Plaintiff,<br><br>vs.<br><br>GAIL GARRETT, in her individual capacity, JBT PROPERTY MANAGEMENT, INC., a corporation, and DOES 1 – 30, inclusive,<br><br>      Defendants. | Case No: 1:13-cv-00412-LJO-BAM<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

    **IT IS HEREBY STIPULATED** by and between the parties to this action through their

designated counsel that Plaintiff shall have leave to file his First Amended Complaint on or before

September 16, 2013.

Dated: July 25, 2013              LAW OFFICE OF ROBERT D. RODRIGUEZ

                           By:    /s/ *Robert D. Rodriguez*
                                   _____
                                   ROBERT D. RODRIGUEZ
                                   Attorney for Plaintiff,
                                   CRISTOBAL CASTILLO

\\

\\

1

1    Dated: July 25, 2013                    McCORMICK & BARSTOW LLP

2

3                                            By:     /s/ *Christina C. Tillman*

4                                            _____
                                             CHRISTINA C. TILLMAN
5                                            Attorneys for Defendant,
                                             JBT PROPERTY MANAGEMENT, INC.

6

7                                            **ORDER**

8         **IT IS HEREBY ORDERED** that Plaintiff shall have leave to file his First Amended

9    Complaint on or before September 16, 2013.

10

11   IT IS SO ORDERED.

12        Dated:   **July 25, 2013**              /s/ *Barbara A. McAuliffe*
13                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                             2
     _____
              STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ORDER