Robert D. Rodriguez SBN: 242396
**LAW OFFICE OF ROBERT D. RODRIGUEZ**
429 13th Street
Modesto, California 95354
(209) 596-4263 (telephone)
(800) 567-9316 (fax)

Attorney for Plaintiff,
CRISTOBAL CASTILLO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTOBAL CASTILLO,<br><br>  Plaintiff,<br>  vs.<br><br>GAIL GARRETT, in her individual capacity, JBT PROPERTY MANAGEMENT, INC., a corporation, and DOES 1 – 30, inclusive,<br><br>  Defendants. | Case No: 1:13-cv-00412-LJO-BAM<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Plaintiff shall have leave to file his First Amended Complaint on or before September 16, 2013.

Dated: July 25, 2013          LAW OFFICE OF ROBERT D. RODRIGUEZ


                              By:     /s/ *Robert D. Rodriguez*
                              _____
                              ROBERT D. RODRIGUEZ
                              Attorney for Plaintiff,
                              CRISTOBAL CASTILLO

\\

\\

1
_____
STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ORDER

Dated: July 25, 2013                                    McCORMICK & BARSTOW LLP

                                                        By:    /s/ *Christina C. Tillman*
                                                        _____
                                                        CHRISTINA C. TILLMAN
                                                        Attorneys for Defendant,
                                                        JBT PROPERTY MANAGEMENT, INC.

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff shall have leave to file his First Amended Complaint on or before September 16, 2013.

IT IS SO ORDERED.

Dated:   **July 25, 2013**                     /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE

2
_____
STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ORDER