UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL CASTILLO,<br><br>              Plaintiff,<br><br>   vs.<br><br>GAIL GARRETT, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV F 13-0412 LJO BAM<br><br>**ORDER TO DISMISS CERTAIN DEFENDANT**<br>(Doc. 28.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant Gail Garrett only. The clerk is directed not to close this action.

IT IS SO ORDERED.

    Dated:   **January 13, 2014**              /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28