McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Lowell T. Carruth, #34065
Christina C. Tillman, #258627
7647 N Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant JBT PROPERTY
MANAGEMENT COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CRISTOBAL CASTILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>GAIL GARRETT, in her individual capacity, JBT PROPERTY MANAGEMENT, INC., a corporation, and DOES 1-130, inclusive,<br><br>        Defendants. | Case No. 1:13-cv-00412-LJO-BAM<br><br>**REQUEST FOR ORDER AUTHORIZING REDACTION OF NAMES OF THIRD PARTIES IN DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION AND ORDER THEREON [LOCAL RULE 140 (b)]**<br><br>Judge:   Hon. Lawrence J. O'Neill |

I, Christina Tillman, declare and state:

1.      I am an attorney with the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, counsel of record for Defendant JBT PROPERTY MANAGEMENT COMPANY, INC., (erroneously sued herein as JBT PROPERTY MANAGEMENT, INC.). I am licensed to practice law in the state of California and before this Court.

2.      This request is made for an order to authorize redaction of the names of third parties who were previously or are currently employed by Defendant in a non-management capacity. Defendant seeks to redact all but the first initial of the first and last name of these employees in both deposition testimony and personnel and other documents that may be submitted by Defendant as exhibits to the motion for summary judgment/summary adjudication.  Defendant will refer to these

1  individuals by initials only in the moving papers and supporting declarations.

2    3.    Personnel information including but not limited to disciplinary action taken against current and former employees who are not parties to this action is confidential and disclosure of such information along with the identity of the employees intrudes upon the right of privacy as guaranteed by the Constitutions of California and the United States.

    4.    Local Rule 140, subdivision (b), requires that a party obtain authorization from the Court prior to making redactions other than those specifically enumerated in subsection (a) of Local Rule 140. This request is made pursuant to Local Rule 140.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 11, 2014, at Fresno, California.

Dated: July 11, 2014                    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Christina Tillman
Lowell T. Carruth
Christina C. Tillman
Attorneys for Defendant JBT PROPERTY MANAGEMENT COMPANY, INC.

## ORDER

Upon request submitted by Defendant JBT PROPERTY MANAGEMENT COMPANY, INC., and good cause appearing, Defendant is authorized to redact all but the first initial of the first and last name of current and former non-management level employees in both deposition testimony and exhibits to the motion for summary judgment/summary adjudication.

IT IS SO ORDERED.

Dated: **July 11, 2014**                  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
7647 N FRESNO STREET
FRESNO, CA 93720

2
REQUEST FOR ORDER AUTHORIZING REDACTION OF NAMES OF THIRD PARTIES IN DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION AND ORDER THEREON [LOCAL RULE 140 (b)]